No. 274. TUG CORPORAL CORP. *v.* DWYER OIL TRANSPORT CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *Martin J. McHugh* for the Dwyer Oil Transport Co., Inc., and *Frank C. Mason* for the Matton Steamboat Co., Inc., et al., respondents.

No. 280. LUG-ALL COMPANY *v.* LITTLE MULE CORP. ET AL. C. A. 5th Cir. Certiorari denied. *Harry Langsam* for petitioner. *Charles J. Merriam* and *Samuel B. Smith* for respondents.

No. 281. APPLEBY *v.* COLBY. Court of Appeals of Maryland. Certiorari denied. *Elizabeth R. Young* for petitioner. *Sheldon E. Bernstein* for respondent.

No. 283. GREENE *v.* ART INSTITUTE OF CHICAGO ET AL. Appellate Court of Illinois, First District. Certiorari denied. Petitioner *pro se.* *William A. McSwain* for the Art Institute of Chicago, and *Kenneth F. Burgess, William H. Avery, Jr.* and *John C. Williams* for the Northern Trust Co., respondents.

No. 284. TRIHEY, ADMINISTRATOR, *v.* TRANSOCEAN AIR LINES, INC., ET AL. C. A. 9th Cir. Certiorari denied. *A. J. Blackman* for petitioner. *Joe Crider, Jr.* and *Henry E. Kappler* for the Transocean Air Lines, Inc., respondent.

No. 296. BURNS, DOING BUSINESS AS INTERNATIONAL ADVERTISING AGENCY, *v.* JAFFE ET AL. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Claude A. Roth* for Jaffe et al., and *Hubert L. Will* and *Wayland B. Cedarquist* for the Guarantee Reserve Life Insurance Co. of Hammond, Indiana, respondents.